R.L.D. ASSOCIATES LIMITED PARTNERSHIP *v.* INLAND WETLANDS COMMISSION OF THE TOWN OF SEYMOUR
(10345)

NORCOTT, FOTI and FREEDMAN, Js.

Argued February 11—decision released March 3, 1992

*Richard R. Ryan,* with whom, on the brief, were *Annacarina Del Mastro* and *William J. Ryan, Jr.,* for the appellant (plaintiff).

*Richard S. Bruchal,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.